```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/28/2023  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUKWUEMEKA OKPARAEKE,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

23-CV-3353 (NSR)

17-CR-225 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of Mr. Okparaeke's letter, requesting that the Court appoint counsel to assist in his 28 U.S.C. § 2255 petition (the "Petition") and to request an extension of time to file a reply on his Petition. (ECF No. 244, attached.)  The Government has already filed its opposition to the Petition on July 17, 2023 (ECF No. 237), and Mr. Okparaeke's reply is currently due on August 17, 2023 (ECF No. 240.)

Upon review of Mr. Okparaeke's letter, the Court GRANTS Mr. Okparaeke's request for CJA counsel.  The Court directs the Clerk of Court to assign an attorney from the CJA Habeas Panel.

The Court also GRANTS Mr. Okparaeke's request, in part, for an extension to serve reply papers on his Petition.  Mr. Okparaeke is directed to serve his reply papers on or before September 16, 2023.

The Clerk of the Court is kindly directed to mail a copy of this Order to Mr. Okparaeke and show service on the docket.

Dated: July 28, 2023
       White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Docket in case #_____ 17 xxx /CR \_\_225-1\_\_ AND 23-cv-3353

As: Okparaeke Letter to Court

Date: 7 / 26 / 2023

7-20-2023

Nelson S. Román
300 Quarropas St
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2023
```

Re: S4 17 Cr. 225 (NSR); 23 Civ. 3353 (NSR)
US v. OKPARAEKE

RECEIVED
JUL 2 6 2023
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

Dear Judge,

I received the Government's response to my 28 U.S.C. 2255 motion.

I would like for the Court to:

a) grant an extension to file a response. The government's opposition is 32 pages long with 55 pages of exhibits. While most of this relates in no way to my motion, I would like additional time to research every aspect of this.

b) I would also like to be appointed counsel. On page 21 of the government's brief the government states, "...this one piece of legislative history, accompanying a bill that was never enacted into law...." I need a lawyer to actually examine this claim (something I can't do without the internet). The appointment of counsel is also key for examining various other claims by the government and filing a certificate

of appealability.

In conclusion, I would like a 60 day extension to file a response and to be appointed counsel.

Regards,

CHUKWUEMEKA OKPARAEKE #78867-054
P.O. Box 200
Canaan SPC
Waymart, PA 18472

78867-054
Emeka Okparaeke
P.O. 200 Federal Prison Camp
Waymart, PA 18472
United States

Case 7:23-cv-003253-NSR  Document 24  Filed 07/26/23  Page 4 of 4
LEHIGH VALLEY PA 180
24 JUL 2023 PM 3 L



78867-054
Nelson Roman
300 Quarropas ST
White Plains, NY 10601
United States

RECEIVED
JUL 26 2023
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

10601-414000

THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS