

> The Court is in receipt of pro se petitioner's letter dated June 28, 2025, requesting a decision on his pending 2255 motion. A decision will be issued in due course. The Clerk of Court is kindly directed to terminate the motion at ECF No. 267, and to mail a copy of this Endorsement to pro se petitioner at MDC Brooklyn, Reg. #78867-054, P.O. Box 329002, Brooklyn, NY 11232 and to file proof of service.
>
> Dated: August 19, 2025
>         White Plains, New York
>
> SO ORDERED:
>
> /s/ Nelson S. Román
> NELSON S. ROMÁN
> United States District Judge

**VIA ECF**　　　　　　　　　　　　　　　　June 28, 2025

The Honorable Nelson S. Roman
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

        RE:　　*United States v. Chuckwuemeka Okparaeke*
               **17 Cr. 225 (S-4) (NSR)**
               **23 Civ. 3353 (NSR)**

**MEMO ENDORSED**

Dear Judge Roman:

    On April 19, 2023, Mr. Okparaeke filed a 28 U.S.C. § 2255 petition in this Court. The government filed a response. In July 2023, upon Mr. Okparaeke's request, the Court appointed me to assist Mr. Okparaeke with his § 2255 petition. On September 23, 2023, I filed a memorandum of law in support of Mr. Okparaeke's petition, which was corrected on October 4, 2023. Since then, briefing has been completed.

    The case has been pending, fully briefed, for nearly 20 months. Mr. Okparaeke informs me that if the Court were to grant his petition, he would soon be eligible for release. If the Court were to deny the claim, he would like the opportunity to seek appellate remedies which, if successful, would similarly make him eligible for release.

    Accordingly, I respectfully request for the Court to decide Mr. Okparaeke's § 2255 Petition.

    Thank you for your consideration.

                                        Respectfully submitted,

                                        /s/

                                        Florian Miedel
                                        *Attorney for Petitioner*

    cc:　　Government Counsel (*via* ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2025

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com