

11-9-2025

Chief Judge of the SDNY
500 Pearl Street, Room 120
NY, NY  10007

Re: US v. OKPARAEKE  S4 17 Cr. 225(NSR); OKPARAEKE v. US 23-CV-3353

Dear Chief Judge,

My name is Chukwuemeka Okparaeke. I am currently incarcerated at the Metropolitan Detention Center in Brooklyn. I have a motion pursuant 28 USC 2255 in front of my judge, Nelson S. Román; the motion was fully briefed in 2023. I have asked Román, repeatedly, to rule on my motion. If my motion is granted I will be eligible for immediate release to a halfway-house and/or home confinement. Román has only responded to one of my requests for a ruling, saying he would rule in "due course". This is contrary to the Federal Rules that govern 2255 motions and the Federal Rules of Criminal Procedure, which requires a prompt disposition in criminal cases. See Rule 50 of the Criminal Procedure rules.

I request that the Chief Judge inquire with Court on what amounts to over a 2 year delay in a criminal case and why the Court hasn't expedited ruling when the defendant may

immediately be released.

Regards,

CHUKWUEMEKA OKPARAEKE 78867054
MDC Brooklyn
PO Box 329002
BROOKLYN, NY 11232

CHUKWUEMEKA OKPARAEKE #78867054
MDC Brooklyn
PO Box 329007
Brooklyn, NY 11232

METROPOLITAN [DETENTION CENTER]
80 29TH ST[REET]
[Brooklyn, NY 11232]

RECEIVED
NOVEMBER 17 2025
PRO SE OFFICE

Chief Judge of the SDNY
500 Pearl Street, Room 120
NY, NY 10007

USM PS
SDNY

FOREVER USA
PURPLE HEART