```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
CHUKWUEMEKA OKPARAEKE        :
:
        Petitioner,        :   17-CR-225 (NSR), 23-CV-3353 (NSR)
  -against-                    :
:           ORDER
UNITED STATES OF AMERICA     :
        Defendant.        :
------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

    By order dated January 8, 2026, this Court denied Petitioner's 28 U.S.C. § 2255 petition. Based on Petitioner's moving papers, he raises novel issues warranting review by the Circuit Court and, therefore, merits a Certificate of Appealability.

    Accordingly, a Certificate of Appealability is GRANTED.

Dated: February 6, 2026
    White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge